FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2022

No. 04-21-00448-CV

**CERTAIN UNDERWRITERS AT LLOYD'S LONDON**,
Appellant

v.

**IMPLICITY MANAGEMENT COMPANY**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI16323
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant has filed an unopposed motion to stay this appeal, explaining that the parties "have reached a confidential, conditional settlement of this matter." However, appellant states it is unwilling to voluntarily dismiss this appeal at this time, because the settlement is conditional and no final settlement agreement has been reached. Thus, appellant requests that this appeal is stayed until a final settlement agreement has been reached. We GRANT IN PART AND DENY IN PART appellant's motion.

This appeal is STAYED until September 2, 2022. We ORDER the parties to file a written status of the settlement proceedings on or before September 2, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court